UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ALAN DAYTON,                          :

   Plaintiff                          :        CIVIL ACTION NO. 3:20-2416

v.                                    :        (JUDGE MANNION)

EMPLOYERS MUTUAL                      :
CASUALTY COMPANY,
                                      :
   Defendant                          :

## ORDER

For the reasons set forth in the Memorandum of this date, the **IT IS HEREBY ORDERED THAT** Plaintiff's motion to remand (Doc. No. 9) is **DENIED**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: October 13, 2021
20-2416-01